**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER STREET, SUITE 1950**
**LOS ANGELES, CA 90017**
**TELEPHONE (213) 996-4400 FAX (213) 996-4426**

**BANKRUPTCY PAYMENT ADDRESS**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

**DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF MARCH 31, 2011**

**JUAN PABLO VARGAS          CARMEN HENRIQUEZ**

**Case Number LA09-26007-EC**

JUAN PABLO VARGAS
CARMEN HENRIQUEZ
13632 MONTERREY AVE
BALDWIN PARK, CA 91706

## IMPORTANT - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee. Please mail a copy of your tax returns to the Chapter 13 Trustee Office within 10 days of mailing them to the Internal Revenue Service.

**TAX REFUNDS:** The Bankruptcy Court may have ordered you to tender your tax refunds to the Chapter 13 Trustee. If your tax refund has not been directly sent to the Chapter 13 Trustee, you must endorse the tax refund check payable to the Chapter 13 Trustee. Put your name and case number on the tax refund check and mail your tax refund to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF MARCH 31, 2011 ARE $7,497.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|------|--------|
| 7/31/09 | $357.00 | 8/19/09 | $357.00 | 9/25/09 | $357.00 | 10/31/09 | $357.00 | 11/30/09 | $357.00 |
| 12/22/09 | $357.00 | 1/28/10 | $357.00 | 2/26/10 | $357.00 | 4/6/10 | $357.00 | 4/27/10 | $357.00 |
| 6/2/10 | $357.00 | 7/13/10 | $357.00 | 8/4/10 | $357.00 | 9/8/10 | $357.00 | 10/8/10 | $357.00 |
| 11/2/10 | $357.00 | 11/30/10 | $357.00 | 1/11/11 | $357.00 | 1/25/11 | $357.00 | 3/1/11 | $357.00 |
| 3/30/11 | $357.00 | | | | | | | | |

### AS OF MARCH 31, 2011, YOU ARE CURRENT ON YOUR BANKRUPTCY PAYMENTS.

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: L BISHOP AUSTIN & ASSOCIATES  213-388-4939.

For Online Access to your Case Information, go to: www.13datacenter.com

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF MARCH 31, 2011

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney. **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

**\*Interest, late claims or other variables may affect the total amount paid to creditors.**

## AS OF MARCH 31, 2011, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $7,140.00

| Claim # | Creditor | Claim Type | Scheduled Debt | * Claim Amount * | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | JUAN PABLO VARGAS | | | | | $0.00 | |
| ATTY | L BISHOP AUSTIN & ASSOCIATES | ATTORNEY FEE | $3,000.00 | $3,000.00 | | $3,000.00 | |
| 00005 | ONEWEST BANK, FSB<br>Filed: 07/14/09 | PRINCIPAL RESIDENCE | $15,270.00 | $14,475.06 | | $3,331.50 | |
| 00006 | JP MORGAN CHASE BANK NA | PRINCIPAL RESIDENCE | $1,000.00 | $1,000.00 | | $230.16 | |
| 00002 | AURORA LOAN SERVICES | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| 00003 | DICK LARSEN | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| 00004 | AMERICAN HONDA FINANCE CORPORATION<br>Filed: 07/13/09 | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| 00007 | PRA RECEIVABLES MANAGEMENT, LLC<br>Filed: 08/10/09 | UNSECURED | $7,780.00 | $8,836.09 | | | |
| 00008 | Directv | UNSECURED | $100.00 | $0.00 | | | |
| 00009 | DISCOVER BANK<br>Filed: 07/10/09 | UNSECURED | $5,420.00 | $6,113.60 | | | |
| 00010 | HOME DEPOT CREDIT SERVICES | UNSECURED | $9,950.00 | $0.00 | | | |
| 00011 | PRA RECEIVABLES MANAGEMENT, LLC<br>Filed: 09/02/09 | UNSECURED | $680.00 | $1,143.84 | | | |
| 00012 | PRA RECEIVABLES MANAGEMENT, LLC<br>Filed: 08/17/09 | UNSECURED | $445.00 | $593.87 | | | |
| 00013 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>Filed: 07/27/09 | UNSECURED | $515.00 | $709.82 | | | |
| 00014 | DEPARTMENT STORES NATIONAL BANK/MACYS<br>Filed: 07/27/09 | UNSECURED | $420.00 | $600.03 | | | |
| 00015 | Macys Visa | UNSECURED | $420.00 | | | | |
| 00016 | PRA RECEIVABLES MANAGEMENT, LLC<br>Filed: 09/02/09 | UNSECURED | $4,680.00 | $5,555.78 | | | |
| 00017 | PRA RECEIVABLES MANAGEMENT LLC<br>Filed: 07/30/09 | UNSECURED | $3,200.00 | $3,610.29 | | | |
| 00018 | DISCOVER BANK<br>Filed: 07/10/09 | UNSECURED | $0.00 | $3,472.92 | | | |
| 00019 | DEPARTMENT STORES NATIONAL BANK/VISA<br>Filed: 07/27/09 | UNSECURED | $0.00 | $1,180.74 | | | |
| TTE | Trustee Fee | | | | | $578.34 | |

**If you have any questions regarding your Debtor Status Report, please consult your attorney.**
**Your Attorney is: L BISHOP AUSTIN & ASSOCIATES  213-388-4939.**
**For Online Access to your Case Information, go to: www.13datacenter.com**

VARGAS                              LA09-26007-EC                              Page 2 of 3

# DEBTOR CHANGE OF INFORMATION FORM

## Please Complete and Sign this Form if the following Information Changed.

**JUAN PABLO VARGAS**
**CARMEN HENRIQUEZ**
**LA09-26007-EC**

| Change of Name | |
| --- | --- |
| **Change of Address** | |
| **Change of Phone Numbers** | Home | Work | Cell |
| **Change of Employer**<br>New Employer Name<br>Address<br>Phone Number | |

The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.

Debtor's Signature _____ Date_____

Co- Debtor's Signature _____ Date_____

## FAX THIS FORM TO: (213) 996-4426
## or EMAIL THIS FORM TO: mycase@ch13la.com

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: L BISHOP AUSTIN & ASSOCIATES  213-388-4939.
For Online Access to your Case Information, go to: www.13datacenter.com

VARGAS                          LA09-26007-EC                          Page 3 of 3